UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE UNILIFE CORPORATION SECURITIES LITIGATION | Master File No. 16-cv-03976-RA |

NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION

TO: All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Preliminarily Approving Settlement and Providing for Notice dated September 22, 2017, and upon (i) the Joint Declaration of Jeremy A. Lieberman and Lionel Z. Glancy in Support of (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (ii) the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (iii) all other papers and proceedings herein, Lead Plaintiffs, Richard Carrazza and Richard Farino and plaintiffs Bill Bulcock and Manuel A. Quintero Gomez, on behalf of themselves and the Settlement Class, will and hereby do move this Court, before the Honorable Ronnie Abrams, on January 25, 2018 at 9:00 a.m., in Courtroom 1506 of the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, or at such other location and time as set by the Court, for entry of a Judgment approving the Settlement as fair, reasonable and adequate and for entry of an Order approving the proposed Plan of Allocation as fair and reasonable. A proposed Judgment and Order granting the

2

requested relief will be submitted with Plaintiffs' reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Settlement Class have passed.

Dated: December 21, 2017

| **POMERANTZ LLP** | **GLANCY PRONGAY & MURRAY LLP** |
|---|---|
| By: */s/ Jeremy A. Lieberman*<br>Jeremy A. Lieberman<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (917) 463-1044<br>Email: jalieberman@pomlaw.com | By: */s/ Lionel Z. Glancy*<br>Lionel Z. Glancy<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>Email: lglancy@glancylaw.com |
| *Lead Counsel and Class Counsel for the Settlement Class* | *Lead Counsel and Class Counsel for the Settlement Class* |

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On December 21, 2017, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 21, 2017.

*s/ Brenda Szydlo*
Brenda Szydlo

# Mailing Information for a Case 1:16-cv-03976-RA Bulcock v. Unilife Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Paul C. Curnin**
  pcurnin@stblaw.com,managingclerk@stblaw.com,delbaum@stblaw.com

- **Matthew Moylan Guiney**
  guiney@whafh.com

- **Leanne Elise Heine**
  lsolish@glancylaw.com

- **Joseph Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Peter Eric Kazanoff**
  pkazanoff@stblaw.com,managingclerk@stblaw.com

- **Christopher Gunn Lee**
  cglee@stblaw.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,jsnematzadeh@pomlaw.com

- **Lesley Frank Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,echang@glancylaw.com

- **Frederick Edward Schmidt**
  eschmidt@cozen.com

- **Brenda F. Szydlo**
  bszydlo@pomlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)